Date signed February 21, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ERICA JO GEISBERT | : | Case No. 07-19770PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| | : | |
| HOUSEHOLD BANK (SB), N.A. - POLARIS, Creditor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### TENTATIVE RULING ON REAFFIRMATION AGREEMENT

This matter was originally scheduled for hearing on February 21, 2008, and upon the Debtor's tardy request that the matter be rescheduled. However, having carefully examined the motion for court approval, the court makes this tentative ruling disapproving the Agreement.

The court finds that this obligation is not secured by property of the Debtor, and therefore is not a secured claim. Examining Debtor's Schedules, the court finds *prima facie* evidence that the reaffirmation represents an undue hardship. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED That the court will disapprove Debtor's reaffirmation of the Agreement with Household Bank (SB), N.A. - Polaris (D.E. 15) by Order to be entered March 4, 2008, unless Debtor files a pleading objecting to the entry of this Order by March 3, 2008. In such case, the court will hold a hearing on the Reaffirmation Agreement on March 10, 2008, at 3:00 p.m

cc:

Erica J. Geisbert, 10837 Bentwood Terrace, Hagerstown, MD 21740

Stephen A. Glessner, Esq., 226 East Patrick Street, Frederick, Md 21701

Household Bank (SB), N.A. - Polaris
    c/o Bass & Associates, P.C., 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712

**End of Order**